UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN HIRSCH,

                        Plaintiff,

- against -

DEFY MEDIA, LLC,

                        Defendant.

Docket No. 17-cv-04459

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Steven Hirsch ("Hirsch" or "Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant Defy Media, LLC ("Defy" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Muslim student Yasmin Seweid, owned and registered by Hirsch, a New York City-based photojournalist. Accordingly, Hirsch seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or is doing business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Hirsch is a professional photojournalist in the business of licensing his photographs to online, print, and television media outlets for a fee, having a usual place of business at 280 East 10th Street, Apt. 29, New York, New York 10009. Hirsch's photographs have appeared in many publications around the United States.

6. Upon information and belief, Defy is a limited liability company duly organized and existing under the laws of the State of Delaware, with a place of business at 498 7th Avenue, 19th Floor, New York, New York 10018.  Upon information and belief, Defy is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, Defy has owned and operated a website at the following URL: www.break.com (the "Website").

## STATEMENT OF FACTS

**A.   Background and Plaintiff's Ownership of the Photograph**

7. On December 15, 2016, Hirsch photographed Muslim student Yasmin Seweid (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Hirsch then licensed the Photograph to the New York Daily News. On December 15, 2016, the New York Daily News ran an article that featured the Photograph on its web edition entitled, *Muslim college student made up Trump supporter subway attack story to avoid punishment for missing curfew*. See http://www.nydailynews.com/new-york/muslim-woman-reported-trump-supporter-attack-made-story-article-1.2910944. A true and correct copy of the Photograph in the article is attached hereto as Exhibit B.

9. Hirsch is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10. The Photograph was registered with the U.S. Copyright Office and was given Copyright Registration Number VA 2-037-067.

**B.     Defendant's Infringing Activities**

11. Upon information and belief, on or about December 19, 2016, Defy ran an article on the Website entitled *Woman Who Lied About Trump-fans Attacking Her May Be A Victim of Her Own Family*. See http://www.break.com/article/yasmin-seweid-trump-lies-nyc-subway-attack-3068091. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit C.

12. Defy did not license the Photograph from Plaintiff for its article, nor did Defy have Plaintiff's permission or consent to publish the Photograph on its Website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFY)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Defy infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Defy is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the aforementioned acts of infringement by Defy have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

17. As a result of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover his damages and Defendant's profits pursuant to 17 U.S.C. § 504(b).

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

19. Plaintiff further is entitled to recover his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

20. Defendant's conduct, described above, is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages. Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Defy be adjudged to have infringed upon Plaintiff's copyright in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorney's fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

  6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
    June 13, 2017

            LIEBOWITZ LAW FIRM, PLLC

            By:  Kamanta C. Kettle
               Kamanta C. Kettle

             11 Sunrise Plaza, Suite 305
             Valley Stream, New York 11580
             Telephone: (516) 233-1660
             KK@LiebowitzLawFirm.com

             *Attorneys for Plaintiff Steven Hirsch*